JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRACE ANN SILVA, | ) | Case No.  2:20-CV-02124-AC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 10 days to July 8, 2021, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel has had some unforeseen family obligations this week and has not yet had adequate opportunity to review the record in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 25, 2021  JACQUELINE A. FORSLUND
Attorney at Law

/s/Jacqueline A. Forslund
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: June 25, 2021  PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: June 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Silva v. Saul**  Stipulation and Proposed Order  E.D. Cal. 2:20-cv-02124-AC