PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GRACE ANN SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 2:20-cv-02124-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate by counsel that Defendant shall have an extension of thirty days, until September 9, 2021, to file her cross-motion for summary judgment. Good cause exists for this extension, as explained below.

    Because of workload inconsistencies between the regional offices in the Office of General Counsel, an attorney in the Denver region has been assigned to brief this case, and the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

undersigned attorney for Defendant will review, revise, and file the opposition. The undersigned attorney learned of this reassignment only today, and in order to give the attorney who will brief the case sufficient time to review the record and respond to Plaintiff's arguments, Defendant require a further thirty days to file her cross-motion.

For all these reasons, Defendant requests an extension of thirty days to file her cross-motion for summary judgment, until September 5, 2021. Plaintiff's counsel has no objection to this request.

Respectfully submitted July 28, 2021.

DATED: July 28, 2021          */s/ Jacqueline Forslund*
                              JACQUELINE FORSLUND
                              (as authorized by email)
                              Attorney for Plaintiff


                              PHILLIP A. TALBERT
                              Acting United States Attorney

DATED: July 28, 201     By    *s/ Daniel P. Talbert*
                              DANIEL P. TALBERT
                              Special Assistant United States Attorney

                              Attorneys for Defendant

                              ORDER

Good cause appearing, Defendant is granted an additional thirty days to file her cross-motion for summary judgment, until September 5, 2021.

DATE: July 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE