PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (510) 970-4860
   Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GRACE ANN SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 2:20-cv-02124-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF FOURTEEN DAYS FOR DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate by counsel that Defendant shall have an extension of fourteen days, until September 20, 2021, to file her cross-motion for summary judgment. Good cause exists for this extension, as explained below.

    Because of workload inconsistencies between the regional offices in the Office of General Counsel, an attorney in the Dallas region has been assigned to brief this case, and the undersigned

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

attorney for Defendant will review, revise, and file the opposition. The undersigned attorney learned of this reassignment only today, and in order to give the attorney who will brief the case sufficient time to review the record and respond to Plaintiff's arguments, Defendant require a further fourteen days to file her cross-motion.

For all these reasons, Defendant requests an extension of fourteen days to file her cross-motion for summary judgment, until September 20, 2021. Plaintiff's counsel has no objection to this request.

Respectfully submitted August 30, 2021.

DATED: August 30, 2021     */s/ Jacqueline Forslund*
JACQUELINE FORSLUND
(as authorized by email)
Attorney for Plaintiff


PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 30, 201     By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Good cause appearing, Defendant is granted an additional fourteen days to file her cross-motion for summary judgment, until September 20, 2021.

DATE: August 31, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2